**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

DEANNA STEURER  
JOHN B STEURER

Case No: 16–42575 – KHS

Debtor(s)

Chapter 7 Case

## NOTICE OF CORRECTION RE: SOCIAL SECURITY/TAXPAYER ID NUMBER

On 8/31/16 , the above–referenced debtor(s) filed a petition for relief under 7 of the Bankruptcy Code. The Clerk of Bankruptcy Court provided notice to all creditors of the commencement of the bankruptcy case, but incorrectly referred to the Debtor's or Joint Debtor's social security/taxpayer ID number as: 474–23–9786

**Notice is hereby given of debtor(s)' correct social security/taxpayer ID number(s):**

**DEANNA STEURER    xxx–xx–2312**
**JOHN B STEURER    xxx–xx–7909**

Dated: 11/16/16

Lori Vosejpka  
Clerk, United States Bankruptcy Court

By: heidi  
Deputy Clerk

**mnbntcss 5/14**